| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br><br><br>In Re: | Case No.: _____<br><br>Chapter: _____<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                                                                Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>     (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>     (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>     (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>     (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

## **Certified Mail / RR**

| | | |
|---|---|---|
| Pentagon Federal Credit Union<br>Po Box 1432<br>Alexandria, VA 22313<br><br>Attn: Pres./CEO/ Reg. Agent | Capital One Bank (USA)<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118<br><br>Attn: Pres./CEO/ Reg. Agent | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054<br><br>Attn: Pres./CEO/ Reg. Agent |
| Csc Logic/ally Bank<br>P.o. Box 9014<br>Coppell, TX 75019<br><br>Attn: Bankruptcy | Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108<br><br>Attn: Pres./CEO/ Reg. Agent | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179<br><br>Attn: Pres./ CEO/ Reg. Agent |

## **Regular Mail**

| | | |
|---|---|---|
| Pentagon Federal Credit Union<br>Po Box 1432<br>Alexandria, VA 22313<br><br>Attn: Bankruptcy | U.S. Department of Education<br>c/oNelnet<br>121 S. 13th Street<br>Suite 201<br>Lincoln, NE 68508<br>Attn: Bankruptcy | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><br>Attn: Bankruptcy |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603<br><br>Attn: Bankruptcy | Credit Corp Solutions<br>c/o Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083<br><br>Attn: Bankruptcy | Affirm, Inc.<br>Po Box 720<br>San Francisco, CA 94104<br><br>Attn: Bankruptcy |
| NJ Doctors Urgent Care<br>620 Route 23 North<br>Pompton Plains, NJ 07444 | Phoenix Healthcare Services<br>417 12th St West<br>Suite 218<br>Bradenton, FL 34205 | Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440<br><br>Attn: Bankruptcy |
| Costco Anywhere Visa Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117<br><br>Attn: Bankruptcy | | |