Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23243−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph J. Scarpati | Melanie Scarpati |
| 37 Bellot Road | 37 Bellot Road |
| Ringwood, NJ 07456 | Ringwood, NJ 07456 |

Social Security No.:
    xxx−xx−7105                                                   xxx−xx−5926

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/14/21 at 10:00 AM

to consider and act upon the following:

*26* − Certification of Default of Standing Trustee. re: Fail to File Modified Plan Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/3/2021. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*30* − Certification in Opposition to Trustee's Certification of Default (related document:26 Certification of Default of Standing Trustee. re: Fail to File Modified Plan Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/3/2021. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Joseph J. Scarpati, Melanie Scarpati. (Stevens, David)

Dated: 6/4/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court