Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23243−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph J. Scarpati | Melanie Scarpati |
| 37 Bellot Road | 37 Bellot Road |
| Ringwood, NJ 07456 | Ringwood, NJ 07456 |

Social Security No.:
  xxx−xx−7105                                                                               xxx−xx−5926

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 27, 2021.

On 6/3/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                 July 14, 2021
Time:                08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 4, 2021
JAN: rh

                                                                                                         Jeanne Naughton
                                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re: Joseph J. Scarpati, Melanie Scarpati, Debtors

Case No. 20-23243-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | 
Date Rcvd: Jun 04, 2021 | Form ID: 185 | Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph J. Scarpati, Melanie Scarpati, 37 Bellot Road, Ringwood, NJ 07456-2801 |
| 519038597 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519038598 | + | Csc Logic/ally Bank, P.o. Box 9014, Coppell, TX 75019-9014 |
| 519071064 | | Emergency Physician Associates North Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519071061 | | NJ ACUTE CARE SPECIALISTS PROFESSIONAL CORP, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519038603 | + | NJ Doctors Urgent Care, 620 Route 23 North, Pompton Plains, NJ 07444-1486 |
| 519038607 | + | Phoenix Healthcare Services, 417 12th St West, Suite 218, Bradenton, FL 34205-7850 |
| 519038608 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Englewood, CO 80111-4720 |
| 519050537 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519038615 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519038589 | + | Email/Text: backoffice@affirm.com | Jun 04 2021 21:17:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519038593 | | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2021 21:13:00 | Ally Financial, POB 130424, Saint Paul, MN 55113-0004 |
| 519038594 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 04 2021 21:11:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519050601 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 04 2021 21:11:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519038595 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2021 21:12:03 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519038596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2021 21:12:06 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519038599 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 04 2021 21:16:00 | Department of Education/582/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519043434 | | Email/Text: mrdiscen@discover.com | Jun 04 2021 21:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519038601 | + | Email/Text: mrdiscen@discover.com | Jun 04 2021 21:14:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519229524 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519100214 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2021 21:14:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519038602 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 04 2021 21:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519044211 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2021 21:14:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519042170 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2021 21:11:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519038606 | | Email/Text: bkrgeneric@penfed.org | Jun 04 2021 21:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519109058 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2021 21:13:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313 |
| 519107097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2021 21:11:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519108987 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2021 21:11:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519109993 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2021 21:12:06 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519109995 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2021 21:12:06 | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 519187317 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 21:12:06 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519227793 | + | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 21:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519046237 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 21:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 519038609 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:15:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519108411 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:44 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519039791 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519038611 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519038610 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:10:39 | Synchrony Bank/Amazon, 170 Election Road, Ste. 125, Draper, UT 84020-6425 |
| 519038612 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519038613 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519038614 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 04 2021 21:11:44 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519046633 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 04 2021 21:11:44 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Jun 04 2021 21:16:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519038604 | | Pentagon Federal Cr Un |
| 519038605 | | Pentagon Federal Cr Un |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519038590 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519038591 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519038592 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519038600 | *+ | Department of Education/582/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519227792 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519187318 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Joseph J. Scarpati dstevens@scura.com ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com |
| David L. Stevens | on behalf of Joint Debtor Melanie Scarpati dstevens@scura.com ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5