| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 27, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 20-23243 |
| IN RE:<br>    JOSEPH J. SCARPATI<br>    MELANIE SCARPATI | Hearing Date: 01/26/2022 |
| | Judge: STACEY L. MEISEL |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: January 27, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): JOSEPH J. SCARPATI
MELANIE SCARPATI

Case No.: 20-23243SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/26/2022 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/26/2022 of the plan filed on 09/24/2021, is denied; and it is further

ORDERED, that the Trustee's Certification of Default Hearing is adjourned to 2/9/2022 at 10:00 am; and it is further

ORDERED, that the Debtor must file a modified plan by 02/09/2022 or the case will be dismissed at the Trustee's Certification of Default Hearing on 2/9/2022.