Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23243−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph J. Scarpati                    Melanie Scarpati
37 Bellot Road                        37 Bellot Road
Ringwood, NJ 07456                    Ringwood, NJ 07456

Social Security No.:
    xxx−xx−7105                           xxx−xx−5926

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       6/21/22
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens

COMMISSION OR FEES
$11336.50

EXPENSES
$255.92

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 27, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 20-23243-SLM
Joseph J. Scarpati                                                                                Chapter 13
Melanie Scarpati
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                             User: admin                                      Page 1 of 4
Date Rcvd: May 27, 2022                          Form ID: 137                                     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph J. Scarpati, Melanie Scarpati, 37 Bellot Road, Ringwood, NJ 07456-2801 |
| 519038598 | + | Csc Logic/ally Bank, P.o. Box 9014, Coppell, TX 75019-9014 |
| 519071064 |   | Emergency Physician Associates North Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519071061 |   | NJ ACUTE CARE SPECIALISTS PROFESSIONAL CORP, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519038603 | + | NJ Doctors Urgent Care, 620 Route 23 North, Pompton Plains, NJ 07444-1486 |
| 519038607 | + | Phoenix Healthcare Services, 417 12th St West, Suite 218, Bradenton, FL 34205-7850 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 27 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 27 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519038589 | + | Email/Text: backoffice@affirm.com | May 27 2022 20:32:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519038593 |   | Email/Text: ally@ebn.phinsolutions.com | May 27 2022 20:31:00 | Ally Financial, POB 130424, Saint Paul, MN 55113-0004 |
| 519038594 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2022 20:36:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519050601 | + | Email/PDF: ebn_ais@aisinfo.com | May 27 2022 20:36:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519038595 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 20:37:13 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519038596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 20:37:13 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519038597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 20:36:46 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519038599 | + | Email/Text: electronicbkydocs@nelnet.net | May 27 2022 20:32:00 | Department of Education/582/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519043434 |   | Email/Text: mrdiscen@discover.com | May 27 2022 20:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519038601 | + | Email/Text: mrdiscen@discover.com | May 27 2022 20:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519071064 | ^ | MEBN | | |

| Recip ID | | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 27 2022 20:27:32 | Emergency Physician Associates North Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519229524 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 27 2022 20:31:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519100214 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2022 20:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519038602 | + | Email/Text: PBNCNotifications@peritusservices.com | May 27 2022 20:31:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519044211 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2022 20:36:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519042170 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 20:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519038606 | | Email/Text: bkrgeneric@penfed.org | May 27 2022 20:31:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313 |
| 519109058 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2022 20:37:11 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519107097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2022 20:37:12 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519108987 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2022 20:37:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519109993 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2022 20:37:00 | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 519109995 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2022 20:36:44 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519187317 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2022 20:32:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519227793 | + | Email/Text: bnc-quantum@quantum3group.com | May 27 2022 20:32:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 519046237 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2022 20:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519050537 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 27 2022 20:31:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519038608 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 27 2022 20:31:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Englewood, CO 80111-4720 |
| 519273218 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 27 2022 20:31:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519038609 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2022 20:37:09 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519108411 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2022 20:37:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519039791 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2022 20:36:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519038611 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2022 20:37:08 | Synchrony Bank/Amazon, 170 Election Road, Ste. 125, Draper, UT 84020-6425 |
| 519038610 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2022 20:37:09 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519038612 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: 137 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | May 27 2022 20:36:41 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519038613 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2022 20:36:43 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519038614 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2022 20:36:41 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519038615 | + | Email/Text: bncmail@w-legal.com | May 27 2022 20:31:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519046633 | + | Email/Text: electronicbkydocs@nelnet.net | May 27 2022 20:32:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519038604 | | Pentagon Federal Cr Un |
| 519038605 | | Pentagon Federal Cr Un |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519038590 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519038591 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519038592 | *+ | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519038600 | *+ | Department of Education/582/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519227792 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519187318 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519273217 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Joseph J. Scarpati dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;bramirez@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com |
| David L. Stevens | on behalf of Joint Debtor Melanie Scarpati dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;bramirez@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 27, 2022 | Form ID: 137 | Total Noticed: 45 |

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5