Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−23243−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph J. Scarpati                                   Melanie Scarpati
37 Bellot Road                                       37 Bellot Road
Ringwood, NJ 07456                                   Ringwood, NJ 07456

Social Security No.:
   xxx−xx−7105                                        xxx−xx−5926

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S
## NOTICE OF DISBURSEMENTS MADE

   TO: Joseph J. Scarpati and Melanie Scarpati
          Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under
Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: March 11, 2026
JAN: dlr

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-23243-SLM

Joseph J. Scarpati                                                                      Chapter 13

Melanie Scarpati

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                          Page 1 of 2

Date Rcvd: Mar 11, 2026                    Form ID: ntcfncur                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + Joseph J. Scarpati, Melanie Scarpati, 37 Bellot Road, Ringwood, NJ 07456-2801

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:**

**Name**        **Email Address**

David L. Stevens

on behalf of Debtor Joseph J. Scarpati dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;MOuesla

David L. Stevens

on behalf of Joint Debtor Melanie Scarpati dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;MOuesla

Denise E. Carlon

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 11, 2026                       Form ID: ntcfncur                              Total Noticed: 1

Marie-Ann Greenberg

    magecf@magtrustee.com

Marie-Ann Greenberg

    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7