UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Joseph J. Scarpati

Case No.:  20-23243

Chapter:  13

Judge:  SLM

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Joseph J. Scarpati , debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: April 14, 2026          /s/ Joseph J. Scarpati
                              Debtor's Signature

**IMPORTANT**:

• **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

• **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Melanie Scarpati

Case No.:    20-23243

Chapter:    13

Judge:    SLM

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Melanie Scarpati , debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: April 14, 2026          /s/ Melanie Scarpati
                              Debtor's Signature

**IMPORTANT**:

*   **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
*   **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*