Certificate Number: 12433-NJ-DE-040508394

Bankruptcy Case Number: 20-23243



12433-NJ-DE-040508394

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 14, 2026</u>, at <u>3:10</u> o'clock <u>PM EST</u>, <u>Melanie Scarpati</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 14, 2026</u>          By:      /s/Lisa Susoev

Name:  Lisa Susoev

Title:   Teacher

Certificate Number: 12433-NJ-DE-040507553

Bankruptcy Case Number: 20-23243



12433-NJ-DE-040507553

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2026, at 12:24 o'clock PM EST, Joseph J. Scarpati completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 14, 2026                    By:      /s/Lisa Susoev

Name:  Lisa Susoev

Title:   Teacher